January 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LINDA HOLMAN, Appellant

NO. 14-14-00722-CV                              V.

PLUM CREEK TOWNHOUSES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 11, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Linda Holman.

We further order this decision certified below for observance.